## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHERRI CLOUD, | ) |
| Plaintiff, | ) ) ) |
| vs. | )  Case No. CIV-16-1112-M ) |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) |
| Defendant. | ) |

## ORDER

On May 12, 2017, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner) that plaintiff was not "disabled" under the terms of the Social Security Act. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by June 1, 2017. A review of the file reveals no objection has been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 16] issued by the Magistrate Judge on May 12, 2017, and

(2) AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 8th day of June, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE